NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE REMBRANDT TECHNOLOGIES, LP, PATENT LITIGATION

---

**REMBRANDT TECHNOLOGIES, LP AND REMBRANDT TECHNOLOGIES, LLC (DOING BUSINESS AS REMSTREAM),**
*Plaintiffs-Appellants,*

v.

**CABLEVISION SYSTEMS CORPORATION AND CSC HOLDINGS, INC.,**
*Defendants-Appellees,*

AND

**ABC INC., CBS CORPORATION, AND NBC UNIVERSAL, INC.,**
*Defendants-Appellees,*

AND

**CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI CALIFORNIA, LP, CENTURY-TCI DISTRIBUTION COMPANY, LLC, CENTURY-TCI HOLDINGS, LLC, PARNASSOS COMMUNICATIONS, LP, PARNASSOS DISTRIBUTION COMPANY I, LLC, PARNASSOS DISTRIBUTION COMPANY II, LLC, PARNASSOS**

**HOLDINGS, LLC, PARNASSOS, LP, AND WESTERN NY CABLEVISION, LP,**
*Defendants-Appellees,*

AND

**CHARTER COMMUNICATIONS OPERATING LLC AND CHARTER COMMUNICATIONS, INC.,**
*Defendants-Appellees,*

AND

**COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CORPORATION, COMCAST OF FLORIDA/PENNSYLVANIA, LP, COMCAST OF PENNSYLVANIA II, LP, AND COMCAST OF PLANO, LP,**
*Defendants-Appellees,*

AND

**COXCOM, INC.,**
*Defendant-Appellee,*

AND

**FOX BROADCASTING COMPANY AND FOX ENTERTAINMENT GROUP, INC.,**
*Defendants-Appellees,*

AND

**SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION,**
*Defendants-Appellees,*

AND

**TIME WARNER CABLE LLC, TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, AND TIME WARNER NEW YORK CABLE LLC (KNOWN AS TIME WARNER NY CABLE LLC),**
*Defendants-Appellees,*

AND

**ADELPHIA COMMUNICATIONS CORPORATION, ADELPHIA CONSOLIDATION LLC, AMBIT MICROSYSTEMS, INC., CISCO SYSTEMS, INC., MOTOROLA, INC., NETGEAR, INC., SCIENTIFIC ATLANTA INC., AND THOMSON, INC.,**
*Defendants.*

2012-1022

Appeal from the United States District Court for the District of Delaware in case no. 07-MD-1848, Chief Judge Gregory M. Sleet.

**ON MOTION**

**O R D E R**

The appellees move for a 60-day extension of time, until March 26, 2012, to file their response briefs. Rembrandt Technologies, LP, et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul B. Milcetic, Esq
    Edward R. Reines, Esq.
    Jeremy S. Pitcock, Esq.
    John W. Shaw, Esq.
    Mark A. Perry, Esq.
    Jeffrey H. Dean, Esq.
    Brian L. Ferrall, Esq.
    Mitchell G. Stockwell, Esq.
    Jeffrey B. Plies, Esq.
    Richard H. Brown, III, Esq.
    David S. Benyacar, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2012

JAN HORBALY
CLERK